DAVID T. WEI (230729)(dwei@ax-law.com)
MARCEL F. DE ARMAS (289282)(mdearmas@ax-law.com)
JAYSON S. SOHI (293176)(jsohi@ax-law.com)
AXCEL LAW PARTNERS LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone          415-704-8800
Facsimile          415-704-8804
Email              info@ax-law.com

Attorneys for Plaintiff DAVID R. SISKIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. SISKIN,<br><br>    Plaintiff,<br><br>v.<br><br>FOWNES BROTHERS & CO., INC.,<br><br>    Defendant. | CASE NO.: 4:15-CV-02922-JSW<br><br>**NOTICE OF PENDING SETTLEMENT; STIPULATED REQUEST TO CONTINUE DEADLINES PENDING SETTLEMENT AND [PROPOSED] ORDER** |

    Plaintiff David R. Siskin and Defendant Fownes Brothers & Co., Inc. respectfully submit this Notice of Pending Settlement, Stipulated Request to Continue All Case Deadlines Pending Settlement, and [Proposed] Order.

    Pursuant to Civil L.R. 6-2(a)(1), the parties state the following:

    1.    The parties have reached a settlement-in-principal of all claims in this action.

    2.    The parties anticipate drafting a formal settlement agreement that will resolve this matter entirely. The parties expect to submit a Joint Stipulation and Dismissal with Prejudice by October 2nd, 2015.

    3.    Accordingly, the parties jointly and respectfully request that the Court stay all remaining dates in this action as follows, to provide sufficient time to finalize a settlement agreement:

| Event | Presently Scheduled Date | Proposed Date |
|---|---|---|
| Last day for Defendant Fownes Brothers & Co, Inc. to respond to Plaintiff's Complaint | Sept. 21, 2015 | Oct. 9, 2015 |
| Last day for parties to file joint case management statement | Sept. 18, 2015 | November 6, 2015 ~~Oct. 16, 2015~~ |
| Initial Case Management Conference | Sept. 25, 2015 | November 13, 2015 ~~Oct. 23, 2015~~ |

4. Pursuant to Civil L.R. 6-2(a)(2), the parties have not previously requested any extension of time.

5. Pursuant to Civil L.R. 6-2(a)(3), the requested time modification would delay the current case management conference schedule by 28 calendar days.

Respectfully submitted,

Dated: September 18, 2015

*/s/ David T. Wei*
David T. Wei (230729)
AXCEL LAW PARTNERS LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
dwei@ax-law.com

*Attorneys for Plaintiff David R. Siskin*

Dated: September 18, 2015

*/s/ Robert W. Morris*
Robert W. Morris
ECKERT SEAMANS CHERIN & MELLOT, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
rwmorris@eckertseamans.com

*Attorneys for Defendant Fownes Brothers & Co., Inc.*

//

//

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED.

3

4  Date:  September 21, 2015          _____

5  JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE