1

DAVID T. WEI (230729)(dwei@ax-law.com)
MARCEL F. DE ARMAS (289282)(mdearmas@ax-law.com)

2

AXCEL LAW PARTNERS LLP
4 Embarcadero Center, 14th Floor

3

San Francisco, CA 94111
Telephone          415-704-8800

4

Facsimile          415-704-8804
Email              info@ax-law.com

5

6

Attorneys for Plaintiff DAVID R. SISKIN

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

DAVID R. SISKIN,

CASE NO.:  15-CV-02922-JSW

12

Plaintiff,

**STIPULATED DISMISSAL WITH
PREJUDICE AND [~~PROPOSED~~] ORDER**

v.

13

FOWNES BROTHERS & CO., INC.,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Axcel Law Partners LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
415.704.8800

1    The parties have reached a settlement of all claims in this action. Accordingly, pursuant to

2  Section 3.a of the settlement agreement between the parties, and Fed. R. Civ. Pro. Rule 41(a)(2),

3  Plaintiff David R. Siskin and Defendant Fownes Brothers & Co., Inc. respectfully submit this

4  Stipulated Dismissal With Prejudice and [Proposed] Order.

5

6  Respectfully submitted,

7  Dated: October 13, 2015

8                                    */s/ David T. Wei*
                                     David T. Wei (230729)
9                                    AXCEL LAW PARTNERS LLP
                                     4 Embarcadero Center, Suite 1400
10                                   San Francisco, CA 94111
                                     dwei@ax-law.com

11                                   *Attorneys for Plaintiff David R. Siskin*

12 Dated: October 13, 2015

13                                   */s/ Robert W. Morris*
                                     Robert W. Morris
14                                   ECKERT SEAMANS CHERIN & MELLOT, LLC
                                     10 Bank Street, Suite 700
15                                   White Plains, NY 10606
                                     rwmorris@eckertseamans.com

16                                   *Attorneys for Defendant Fownes Brothers & Co., Inc.*

17

18

19                          [~~PROPOSED~~] ORDER

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22 Date: ___October 14, 2015___          _____

23                                       JEFFREY S. WHITE
                                         UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

Axcel Law Partners LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
415.704.8800

2
STIPULATED DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER